UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PHILICE SCOVELL, | Case No. 2:25-cv-06000-KK-PD |
|---|---|
| Plaintiff, | **ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CITY OF SANTA MONICA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant City of Santa Monica's Motion to Dismiss Plaintiff's Complaint, the records on file, the Amended Report and Recommendation of United States Magistrate Judge (the "Amended Report"), and Plaintiff's objection to the Amended Report.

The Court has conducted a *de novo* review of the portions of the Amended Report to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED as follows:

(1)    Defendant City of Santa Monica's Motion to Dismiss Plaintiff's First Amended Complaint, Dkt. No. 13, is granted;

(2)    Plaintiff's Motion to Strike Defendant's Unauthorized and Untimely Filings, Dkt. No. 31, is denied; and

(3)    The First Amended Complaint is dismissed without leave to amend.

Dated:  March 19, 2026

_____
HONORABLE KENLY KIYA KATO
United States District Judge