JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILICE SCOVELL,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SANTA MONICA, et al.,<br><br>    Defendants. | Case No. 2:25-cv-06000-KK-PD<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated:  March 19, 2026

_____
HONORABLE KENLY KIYA KATO
United States District Judge